**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASYN WHITE-SOTO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEDDY STARR,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00457-BAM (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE YASYN WHITE-SOTO, CDCR # AP-4587 |

A settlement conference in this matter commenced on January 7, 2020. Inmate Yasyn White-Soto, CDCR # AP-4587, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**January 7, 2020**__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1