# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASYN WHITE-SOTO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STARR,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00457-NONE-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ASSISTANCE FROM THE COURT<br><br>(ECF No. 48) |

　　　　Plaintiff Yasyn White-Soto ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Starr for excessive force in violation of the Eighth Amendment and retaliation in violation of the First Amendment.

　　　　On June 18, 2020, Defendant filed a motion for summary judgment on the ground that Plaintiff failed to exhaust his administrative remedies. (ECF No. 33.) Pursuant to the Court's December 7, 2020 order granting Plaintiff a second extension of time to respond to Defendant's motion for summary judgment, Plaintiff's opposition is currently due on or before January 11, 2021. (ECF No. 47.)

　　　　Currently before the Court is Plaintiff's request for assistance from the Court, filed December 11, 2020. (ECF No. 48.) The letter is dated December 6, 2020 and appears to have crossed in the mail with the Court's order granting Plaintiff a second extension of time to file his

opposition. Plaintiff states that since March 18, 2020, he has been trying to gain access to the prison law library where he is currently incarcerated, but to no avail. (ECF No. 48.) Plaintiff alleges that he has been constantly prevented by prison personnel from gaining access to the prison law library to properly litigate his case. Plaintiff states that he is writing to see if there is any assistance the Court can provide him with, as his case is on the verge of being dismissed with prejudice. (Id.)

Defendant has not yet had an opportunity to file a response, but the Court finds a response is unnecessary. The motion is deemed submitted. Local Rule 230(l).

Plaintiff is informed that the Court cannot provide Plaintiff with any legal advice regarding this action. If Plaintiff is concerned that he will be unable to meet the extended deadline for filing his opposition to Defendant's motion for summary judgment because he has been unable to access the law library, Plaintiff can request another extension of time. If Plaintiff is seeking some other form of relief, he should file a motion (not a letter) asking the Court for the specific relief requested, and the Court will rule on the motion. Based on the instant motion, however, Plaintiff has not presented any reason for the Court to grant further assistance beyond the extension already granted.

Accordingly, Plaintiff's request for assistance from the Court, (ECF No. 48), is HEREBY DENIED. Plaintiff's opposition to Defendant's motion for summary judgment remains due on or before January 11, 2021.

IT IS SO ORDERED.

Dated: **December 16, 2020**           /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2