# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASYN WHITE-SOTO,<br><br>        Plaintiff,<br><br>    v.<br><br>STARR,<br><br>        Defendant. | Case No. 1:19-cv-00457-JLT-BAM (PC)<br><br>ORDER REQUIRING DEFENDANT TO RESPOND TO PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE<br><br>(ECF No. 60)<br><br>**FOURTEEN (14) DAY DEADLINE** |

      Plaintiff Yasyn White-Soto ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Starr for excessive force in violation of the Eighth Amendment and retaliation in violation of the First Amendment.

      On June 18, 2020, Defendant Starr filed a motion for summary judgment on the ground that Plaintiff failed to exhaust his administrative remedies. (ECF No. 33.) The motion is now fully briefed and pending before the Court.

      Currently before the Court is Plaintiff's Request for Settlement Conference, filed January 14, 2022. (ECF No. 60.)

      The Court finds it appropriate to obtain a brief response from Defendant regarding Plaintiff's request for a settlement conference, indicating whether Defendant is also willing to participate in a settlement conference in this matter.

1

1  Accordingly, Defendant is HEREBY ORDERED to file a brief written response to
2  Plaintiff's motion, (ECF No. 60), within **fourteen (14) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **January 18, 2022**              /s/ Barbara A. McAuliffe    _
                                           UNITED STATES MAGISTRATE JUDGE

2