# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASYN WHITE-SOTO,<br><br>          Plaintiff,<br><br>     v.<br><br>STARR,<br><br>          Defendant. | Case No.  1:19-cv-00457-JLT-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE<br><br>(ECF No. 60) |

Plaintiff Yasyn White-Soto ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Starr for excessive force in violation of the Eighth Amendment and retaliation in violation of the First Amendment.

On June 18, 2020, Defendant filed a motion for summary judgment on the ground that Plaintiff failed to exhaust his administrative remedies.  (ECF No. 33.)  The motion is now fully briefed and pending before the Court.

On January 14, 2022, Plaintiff filed a request for a settlement conference.  (ECF No. 60.)  In response to the Court's order, Defendant filed a response indicating that in light of the nature of Plaintiff's claims, the evidence from defense counsel's investigation, the pending motion for summary judgment, and the fact that the parties have already attended a settlement conference in this case, Defendant does not believe a settlement conference would be productive at this time.

1

1  (ECF No. 62.)

2  Plaintiff has not had the opportunity to file a reply, but the Court finds a reply
3  unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

4  Without a clear indication from all parties to the action that they are willing to discuss
5  settlement, the Court does not find that it would be an efficient use of judicial resources to set this
6  case for a settlement conference at this time.  The parties are reminded that they are free to settle
7  this matter without judicial involvement at any time by communicating among themselves.  If in
8  the future the parties jointly decide that this action would benefit from a Court-facilitated
9  settlement conference, they may so inform the Court.

10  Accordingly, Plaintiff's request for a settlement conference, (ECF No. 60), is HEREBY
11  DENIED without prejudice.

12
13  IT IS SO ORDERED.

14  Dated:   **February 2, 2022**              /s/ *Barbara A. McAuliffe*            _
15                                          UNITED STATES MAGISTRATE JUDGE

2